AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GREGORY BERNARD BOLDEN, II,

Plaintiff,

v.

WARDEN BEASLEY; ASSISTANT WARDEN FOLKS; OFFICER SULLIVAN, CO II; GEORGIA COMPOSIT MEDICAL BOARD,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV623-62

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated January 10, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice and closes this civil action.



January 10, 2024  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020